**No. 51604.**—Protests 77546–K, etc., of Coty, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51605.**—Protests 101825–K, etc., of Fujimoto Co. et al. (San Francisco).

Opinion by COLE, J. The undisputed facts established that the dried, unsalted fish is the same as that passed upon in Abstract 50242, and that the pickled onions are the same in all material respects as those involved in *Mutual Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842). In accordance therewith the claims of the plaintiffs were sustained.

**No. 51606.**—Protests 127032–K, etc., of Keystone Trading Co. et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION MARCH 12, 1947

**No. 51607.**—Protest 71904–K of American Straw Goods Co. (New York).

Opinion by TILSON, J. At the trial it was established that the hats are the same as those involved in *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith and following the authority cited the hats imported and withdrawn for consumption prior to the effective date of T. D. 48075 were held dutiable at 25 percent under paragraph 1504 (b) (5), and those imported or withdrawn for consumption subsequent to that date were held dutiable at 12½ percent under said paragraph.